# United States District Court
# For The Western District of North Carolina
# Charlotte Division

SHARON T. THOMAS,

        Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                    3:12-cv-486-RJC

THE ELNA B. SPAULDING
CONFLICT RESOLUTION CENTER
FORMERLY WOMEN IN ACTION
BOARD OF DIRECTORS; ALFRED
SOLOMON INDIVIDUAL AND OFFICIAL
CAPACITY; LISA GORDON STELLA,
INDIVIDUAL AND OFFICIAL CAPACITY;
JOSEPH GANNON, INDIVIDUAL AND
OFFICIAL CAPACITY; EKITA LOWE,
INDIVIDUAL AND OFFICIAL CAPACITY;
FLORENCE BOWENS, INDIVIDUAL AND
OFFICIAL CAPACITY; NANCY GORDON,
INDIVIDUAL AND OFFICIAL CAPACITY;
MATTHEW B. SLOTKIN, INDIVIDUAL AND
OFFICIAL CAPACITY; GRACE J. MARSH,
INDIVIDUAL AND OFFICIAL CAPACITY;
NONNA SKUMANICH, INDIVIDUAL AND
OFFICIAL CAPACITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012 Order.

Signed: September 20, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court