# United States District Court
# For The Western District of North Carolina
# Charlotte Division

SHARON T. THOMAS,

    Plaintiff(s),

vs.

THE ELNA B. SPAULDING
CONFLICT RESOLUTION CENTER
FORMERLY WOMEN IN ACTION
BOARD OF DIRECTORS; ALFRED
SOLOMON INDIVIDUAL AND OFFICIAL
CAPACITY; LISA GORDON STELLA,
INDIVIDUAL AND OFFICIAL CAPACITY;
JOSEPH GANNON, INDIVIDUAL AND
OFFICIAL CAPACITY; EKITA LOWE,
INDIVIDUAL AND OFFICIAL CAPACITY;
FLORENCE BOWENS, INDIVIDUAL AND
OFFICIAL CAPACITY; NANCY GORDON,
INDIVIDUAL AND OFFICIAL CAPACITY;
MATTHEW B. SLOTKIN, INDIVIDUAL AND
OFFICIAL CAPACITY; GRACE J. MARSH,
INDIVIDUAL AND OFFICIAL CAPACITY;
NONNA SKUMANICH, INDIVIDUAL AND
OFFICIAL CAPACITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-486-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012 Order.

Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court